UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTON TRENAL, JOI P. TRENAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>US BANK NATIONAL ASSOCIATION, et al.<br>　　　　　Defendants.<br>_____ | Case No. EDCV 09-607-VAP (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against U.S. Bank, N.A., U.S. Bancorp, America's Servicing Company ("ASC"), and Wells Fargo, N.A. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 28, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge