JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTON TRENAL, JOI P. TRENAL,<br><br>        Plaintiff,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION, et al.<br>        Defendants. | Case No. EDCV 09-607-VAP (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against U.S. Bank, N.A., U.S. Bancorp, America's Servicing Company ("ASC"), and Wells Fargo, N.A. is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 29, 2009

                                                  _____
                                                  VIRGINIA A. PHILLIPS
                                                  United States District Judge